# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

SERVED SEPT 7 @ 10AM

State of Illinois ) S.S.
County of St. Clair )

Case Number 21L0793

Amount Claimed > $50,000

Theresa Collins

Plaintiff(s)

VS

Schnuck Markets, Inc.

Defendant(s)

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

Pltf. Atty. Brady McAninch _____ Code _____
Address 5111 West Main Street
City Belleville IL 62226 _____ Phone _____
Add. Pltf. Atty. _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME Registered Agent
   Mary H. Moorkamp
ADDRESS 11420 Lackland Rd, Box 46928

## SUMMONS COPY

To the above named defendant(s)......:

CITY & STATE  St. Louis, MO 63146-6928

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 20__

SEAL

BY DEPUTY: _____
Nora McDaniel
8/17/2021

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

EXHIBIT A

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____$ |
| Miles _____ ............$____ |
| Total .....................$____ |
| |
| Sheriff of:_____ County |

_____, Sheriff of _____ County

_____, Deputy

Electronically Filed
Kahalah A. Clay
Circuit Clerk
Nora McDaniel
21L0793
St. Clair County
8/16/2021 2:23 PM
14449304

IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

THERESA COLLINS,        )
                        )    21L0793
        Plaintiff,      )
                        )
Vs.                     )
                        )
SCHNUCK MARKETS, INC.,  ).
                        )
        Defendant.      )

## COMPLAINT

NOW COMES Plaintiff, Theresa Collins, by and through her attorneys, Hipskind & McAninch, LLC, and for her Complaint against Defendant, Schnuck Markets, Inc., states as follows:

1. On or before November 19, 2020, Defendant, Schnuck Markets, Inc. (hereafter "Schnucks"), owned, operated, managed, maintained, and controlled an establishment known as Schnucks located at 800 Carlyle Avenue, in Belleville, Illinois.

2. On November 19, 2020, Plaintiff, Theresa Collins, was on the premises as a Customer and patron of Schnucks, when she slipped on a foreign substance, causing her to fall to the floor.

3. At the time and place alleged above, Schnucks had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premise.

4. On November 19, 2020, Schnucks was in violation of such duty, committed one or more of the following negligent acts:

   a. Failed to inspect the premises to ascertain the presence of a foreign substance on the floor;

b. Caused or allowed a foreign substance to be present on the floor presenting an unreasonably dangerous condition, when it knew or should have known of the presence of such foreign substance;

c. Failed to timely and properly maintain the subject area so as to provide a safe walking surface for its customers;

d. Failed to provide any type of warning for its customers concerning the unsafe condition of the subject area, when it knew, or in the exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff; and/or

e. Was otherwise careless and/or negligent in the ownership, operation, maintenance, and management of the subject establishment.

5. As a proximate result of one or more of the foregoing negligent acts or omissions of Schnucks, Plaintiff was caused to fall and suffer significant injuries and resulting damaged.

WHEREFORE Plaintiff, Theresa Collins, requests that the Court enter judgement in her favor against Defendant, Schnuck Markets, Inc., in an amount to exceed $50,000.00 and for any other relief that is just under the circumstances.

Respectfully Submitted,

**HIPSKIND & MCANINCH, LLC**

By: /s/ Brady McAninch
John T. Hipskind, #6296743
Brady M. McAninch, #6306542
5111 West Main Street
Belleville, Illinois 62220
Phone: 618-641-9189
Fax: 618-551-2642
john@hm-attorneys.com
brady@hm-attorneys.com
*Attorneys for Plaintiff*

## RULE 222 AFFIDAVIT

STATE OF ILLINOIS      )
                       )   SS.
COUNTY OF ST. CLAIR    )

Brady McAninch, being first duly sworn upon his oath, deposes and states that the damages sought herein exceed $50,000.00.

/s/ Brady McAninch

IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| THERESA COLLINS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SCHNUCK MARKETS, INC. )<br>)<br>Defendant. )<br>) | Cause No:   2021-L-0793 |

**PLAINTIFF'S ANSWERS TO INTERROGATORIES**

COMES NOW, Plaintiff Theresa Collins, by and through her attorneys, Hipskind & McAninch, LLC, and for her Answers to Interrogatories, states as follows:

1. State the full name of the Plaintiff answering, as well as your current residence address, date of birth, marital status, driver's license number and issuing state, and the last four digits of your social security number, and if different give the full name, as well as the current residence address, date of birth, marital status, driver's license number and issuing state, and the last four digits of the social security number of the individual signing these answers.

**ANSWER:**

**Theresa Collins;**
**1032 Brookshire Court, Apt 1, Belleville, IL 62221;**
**DOB:**
**Single;**
**SSN:**

2. State the full name and current residence address of each person who witnessed or claims to have witnessed the occurrence that is the subject of this suit.

**ANSWER:**

**None currently known.**

3. State the full name and current residence address of each person not named in interrogatory No. 2 above who was present and/or claims to have been present at the scene immediately before, at the time of, and/or immediately after the occurrence.

**ANSWER:**

**None currently known.**

4. Do you have any information:

(a) That any plaintiff was, within the five years immediately prior to the occurrence, confined in a hospital and/or clinic, treated by a physician and/or other health professional, or x-rayed for any reason other than personal injury? If so, state each plaintiff so involved, the name and address of each such hospital and/or clinic, physician, technician and/or other health care professional, the approximate date of such confinement or service and state the reason for such confinement or service;

(b) That any plaintiff has suffered any serious personal injury and/or illness prior to the date of the occurrence? If so, state the name of each plaintiff so involved and state when, where and how he or she was injured and/or ill and describe the injuries and/or illness suffered;

(c) That any plaintiff has suffered any serious personal injury and/or illness since the date of the occurrence? If so, state the name of each plaintiff so involved and state when, where and how he or she was injured and/or ill and describe the injuries and/or illness suffered;

(d) That any plaintiff has ever filed any other suit for his or her own personal injuries? If so, state the name of each plaintiff so involved and state the court and caption in which filed, the year filed, the title and docket number of the case.

ANSWER:

a) No;

b) No;

c) **Yes. Plaintiff was in a motor vehicle accident on January 8, 2021;**

d) **See Plaintiff's answer to (c);**

5. Were any photographs, movies and/or videotapes taken of the scene of the occurrence? If so, state the date or dates on which such photographs, movies and/or videotapes were taken, the subject thereof, who now has custody of them, and the name, address and occupation and employer of the person taking them.

ANSWER:

**Plaintiff is not aware of any photographs taken.**

6. Have you (or has anyone acting on your behalf) had any conversations with any person at any time with regard to the manner in which the occurrence complained of occurred, or have you overheard any statements made by any person at any time with regard to the injuries complained of by plaintiff or the manner in which the occurrence complained of occurred? If the answer to this interrogatory is in the affirmative, state the following:

(a) The date or dates of such conversations and/or statements;

(b) The place of such conversations and/or statements;

(c) All persons present for the conversations and/or statements;

(d) The matters and things stated by the person in the conversations and/or statements;

(e) Whether the conversation was oral, written and/or recorded; and

(f) Who has possession of the statement if written and/or recorded.

**ANSWER:**

**Plaintiff has discussed the occurrence with her lawyer, treating physicians, and family members. Plaintiff is unaware of any other statements regarding her injuries and does not recall ever providing a formal statement regarding the same.**

7. Do you know of any statements made by any person relating to the occurrence complained of by the plaintiff? If so, give the name and address of each such witness and the date of the statement, and state whether such statement was written and/or oral.

**ANSWER:**

**None other than those references in Plaintiff's answer to interrogatory 6.**

8. Had you consumed any alcoholic beverage within 12 hours immediately prior to the occurrence? If so, state the names and addresses of those from whom it was obtained, where it was consumed, the particular kind and amount of alcoholic beverage so consumed by you, and the names and current residence addresses of all persons known by you to have knowledge concerning the consumption of the alcoholic beverages.

**ANSWER:**

**No.**

9. Have you ever been convicted of a misdemeanor involving dishonesty, false statement or a felony? If so, state the nature thereof, the date of the conviction, and the court and the caption in which the conviction occurred. For the purpose of this interrogatory, a plea of guilty shall be considered as a conviction.

**ANSWER:**

**No.**

10. Had you used any drugs or medications within 24 hours immediately prior to the occurrence? If so, state the names and addresses of those from whom it was obtained, where it was used, the particular kind and amount of drug or medication so used by you, and the names and current residence addresses of all persons known by you to have knowledge concerning the use of the drug or medication.

**ANSWER:**

**No.**

11. Were you employed on the date of the occurrence? If so, state the name and address of your employer, and the date of employment and termination, if applicable. If your answer is in the affirmative, state the position, title and nature of your occupational responsibilities with respect to your employment.

**ANSWER:**

**Yes.**

12. State the name and address of any physician, ophthalmologist, optician or other health care professional who performed any eye examination of you within the last five years and the dates of each such examination.

**ANSWER:**

**Plaintiff cannot recall.**

13. Pursuant to Illinois Supreme Court Rule 213(f), provide the name and address of each witness who will testify at trial and all other information required for each witness.

**ANSWER:**

**Plaintiff reserves the right to supplement this Interrogatory once a case management order is entered.**

14. List the names and addresses of all other persons (other than yourself and persons heretofore listed) who have knowledge of the facts of the occurrence and/or of the injuries and damages claimed to have resulted therefrom.

<u>ANSWER</u>:

**None other than those already disclosed herein and those identified in Plaintiff's medical records.**

15. Identify any statements, information and/or documents known to you and requested by any of the foregoing interrogatories which you claim to be work product or subject to any common law or statutory privilege, and with respect to each interrogatory, specify the legal basis for the claim as required by Illinois Supreme Court Rule 201(n).

<u>ANSWER</u>:

**None other than the statements between Plaintiff and her attorney as to how the incident occurred and her treatment.**

16. INJURIES

State the parts of Plaintiff's body, if any, injured in the occurrence mentioned in the Petition.

<u>ANSWER</u>:

**Plaintiff injured her lower back, right buttock, and right forearm. Please see the attached medical records for further detail as to Plaintiff's injuries.**

17. OTHER ILLNESSES OR INJURIES

Has Plaintiff had any illnesses, impairment or injuries to the parts of the body injured in the occurrence mentioned in the petition, either before or after the fall which is the subject of this lawsuit? If your answer is "YES" to this question, please state the following for *each injury*:

(a) The date sustained or suffered;
(b) The parts of the body involved;
(c) The nature or type;

  (d)  The name and address of each health care provider who treated or examined Plaintiff.

**ANSWER:**

**As noted above, Plaintiff aggravated the injuries she suffered from this fall in a subsequent motor vehicle accident.**

  18.  MEDICAL CARE

State the names and addresses of all doctors, hospitals, or health care providers who have treated, examined, or attended Plaintiff since the occurrence in question and because of it, and for *each* listed, please state:

  (a)  The amount of the bill from each such health care provider for services rendered because of the occurrence in question.
  (b)  The number of visits and the specific dates of each visit Plaintiff has made to each of these health care providers because of the occurrence.
  (c)  The conditions for which Plaintiff was examined or treated.
  (d)  If you claim that Plaintiff received a medical examination, care or treatment because of the occurrence mentioned in the petition, please sign and return the attached medical authorization, after inserting the names and addresses of the doctors, hospitals or health care providers.

**ANSWER:**

**See medical records produced in Request for Production No. 3.**

  19.  State the names and addresses of all doctors, physicians, chiropractors, osteopaths, hospitals, clinics, or other persons or institutions from which you have received any treatment or examination for any illness, injury, ailment, or complaint as referred to in your petition prior to the occurrence mentioned in your petition.

**ANSWER:**

**See medical records produced in Request for Production No. 3.**

  20.  Have you ever sustained a fall before or after the date of the occurrence wherein you injured any portion of your body necessitating medical treatment and, if so, state:

  (a)  The date of the fall;
  (b)  The location of the fall;
  (c)  The name and address of any medical providers who treated you for the fall.

**ANSWER:**

No.

21. Have you ever been involved in an automobile collision before or after the date of the occurrence wherein you injured any portion of your body necessitating medical treatment and, if so, state:

    (a)    The date of the collision;
    (b)    The location of the collision;
    (c)    The name and address of any medical providers who treated you for the collision.

**ANSWER:**

**Yes, Plaintiff was in a motor vehicle accident on January 8, 2021, in East St. Louis, Illinois. As noted above, this aggravated Plaintiff's injuries from this incident and resulted in an emergency room visit.**

                Respectfully Submitted,

                **HIPSKIND & McANINCH, LLC**

By:    /s/ Brady McAninch
        John T. Hipskind, #6296743
        Brady M. McAninch, #6306542
        brady@hm-attorneys.com
        5111 West Main Street
        Belleville, Illinois 62226
        Phone: 618-641-9189
        Fax: 618-551-2642
        *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorney of record by email to rcturnage@schnucks.com on the 30th day of November 2021.

Ryan C. Turnage
Schnuck Markets, Inc.
11420 Lackland Road
St. Louis, MO  63146

                /s/ Brady McAninch

# AFFIDAVIT

STATE OF ILLINOIS      )
County OF St Clair )  SS.

I, THERESA COLLINS, having been duly first sworn on my oath, depose and state that the facts in the foregoing Answers to Interrogatories are true to the best of my knowledge, information and belief.

_Theresa Collins_
THERESA COLLINS

Subscribed and sworn to before me this ___9___ day of __November__, 2021.

_____
Notary Public

My Commission Expires:

__3/22/26__

OFFICIAL SEAL
JENNIFER F POENITSKE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 3/22/2026